

### NUMBER 13-11-00156-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE CALVIN HYDER**

**On Petition for Writ of Mandamus.**

# MEMORANDUM OPINION

**Before Justices Garza, Vela and Perkes**
**Memorandum Opinion Per Curiam[1]**

Relator, Calvin Hyder, has filed a petition for writ of mandamus alleging that the Honorable Michael Welborn, presiding judge of the 156th Judicial District Court of Bee County, Texas, abused his discretion by declining to vacate relator's conviction of harrassment. *See* TEX. PENAL CODE ANN. § 42.07 (Vernon 2003).

Having reviewed and fully considered relator's petition, this Court is of the opinion that relator has not shown himself entitled to the relief requested and that the petition

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.").

should be denied.   *See* TEX. R. APP. P. 52.8(a).   Accordingly, relator's petition for writ of mandamus is DENIED.[2]

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).
Delivered and filed the
23rd day of March, 2011.

---

[2] Hyder has also filed with this Court a "Motion for Production and Inspection of Documents," apparently asking that we compel the production of certain documents produced as part of the trial court proceedings, including the indictment.   The motion is denied.